UNITED STATE DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA

CASE NO. 1:19CV-20791-XXXX

ALBA RIOS-RAMOS,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.

_____/

## COMPLAINT

Plaintiff, ALBA RIOS-RAMOS, by and though her undersigned counsel, sues Defendant, UNITED STATES OF AMERICA, and alleges:

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. Section 1346, as hereinafter more fully appears.

2. At all times material herein Plaintiff, ALBA RIOS-RAMOS, was and is a resident of Broward County, Florida.

3. At all times material herein Defendant, UNITED STATES OF AMERICA, by and through its Department of Veterans Affairs, owned and operated the Veterans Administration ("VA") Medical Center at 1201 NW 16 St., Miami, FL 33125.

4. At all times material herein, ALBA RIOS-RAMOS, was a patient at the VA Medical Center in Miami-Dade County, Florida.

ALBA RIOS-RAMOS vs. UNITED STATES OF AMERICA
PAGE 2

5. On March 24, 2016 Plaintiff, ALBA RIOS-RAMOS, underwent urethral sling surgery for recurrent stress urinary incontinence. Dorell Small, CRNA, intubated Plaintiff, ALBA RIOS-RAMOS, in order to administer endotracheal anesthesia. Post-operatively, Plaintiff, ALBA RIOS-RAMOS, began experiencing a sore throat and facial and neck swelling.

6. Subsequently, it was discovered that Plaintiff, ALBA RIOS-RAMOS, suffered a five (5) centimeter traumatic laceration of her trachea during intubation. Plaintiff, ALBA RIOS-RAMOS, was diagnosed with a massive subcutaneous emphysema requiring prolonged hospitalization and resulting in significant and permanent injury and impairment to Plaintiff, ALBA RIOS-RAMOS.

7. At all times material herein Defendant, UNITED STATES OF AMERICA, by and through its agents, servants and/or employees, negligently breached its duty to the Plaintiff, ALBA RIOS-RAMOS, by failing to diagnose, care for, follow correct operative procedure, and treat her as they should have done in accordance with the prevailing professional standards of medical care and treatment in that the Defendant did or failed to do one or more of the following acts or omissions, any and/or all of which are a departure from and constituted conduct below the prevailing standards of medical care and treatment in such cases:

   a. Negligently caused a traumatic laceration of Plaintiff, ALBA RIOS-RAMOS' trachea during intubation; and/or

   b. Negligently failed to properly intubate Plaintiff, ALBA RIOS-RAMOS; and/or

   c. Negligently failed to timely diagnose and treat Plaintiff, ALBA RIOS-RAMOS' traumatic tracheal laceration and subcutaneous emphysema; and/or

ALBA RIOS-RAMOS vs. UNITED STATES OF AMERICA
PAGE 3

    d.    Was others negligent in the care and treatment of Plaintiff, ALBA RIOS-RAMOS.

8.    As a direct and proximate result of the negligence of Defendant as hereinabove alleged Plaintiff, ALBA RIOS-RAMOS, was caused to suffer significant bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, the expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

9.    Plaintiff, ALBA RIOS-RAMOS, has a filed an Administrative Claim under the Federal Tort Claims Act which was received by the Department of Veterans Affairs on March 20, 2018 and Plaintiff's claim was denied on September 5, 2018.

Dated this 28 day of February, 2019.

WALD, GONZALEZ & GRAFF, P.A.
ATTORNEYS FOR PLAINTIFF
ONE BISCAYNE TOWER - SUITE #3599
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131
**TEL: 305-577-7778**
FAX: 305-577-9757
**TOLL FREE: 866-944-4529**
E-MAILS:    jdwpleadings@wgglaw.net
               rmgpleadings@wgglaw.net

BY: _____
ROBERT M. GRAFF, ESQ.
F.B.N.: 121193